IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TREVOR L. FISHER                                          PLAINTIFF

vs.                        Civil No. 2:16-cv-02128

NANCY A. BERRYHILL                              DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 16th day of May 2017.**

                                                                           /s/ Barry A. Bryant
                                                                           HON. BARRY A. BRYANT
                                                                           U. S. MAGISTRATE JUDGE